Exhibit B

## Expert Report of Dr. Walter Edgar

1. I have been asked to give my opinion on whether the common usage of the terms "Episcopal," "Protestant Episcopal," and "diocese," particularly in South Carolina, has historically been made in reference to churches affiliated with The Episcopal Church.

2. Virtually every reference to an "Episcopal" church or a "Protestant Episcopal" church in a broad range of historical materials that I reviewed (which are identified below), including many materials targeted towards South Carolina residents, was a reference to a church affiliated with The Episcopal Church. Based on this review, it is my opinion that the terms "Episcopal" and "Protestant Episcopal," when used to identify a church, are closely associated with church bodies that are affiliated with The Episcopal Church, and not groups that lack a connection to The Episcopal Church. It is also my opinion, based on a review of literature that is accessible to the general public, that "Episcopal" and "Protestant Episcopal" are household names when it comes to identifying churches that are affiliated with The Episcopal Church.

3. My review also showed that the terms "Episcopal" and "Protestant Episcopal" have been used to identify churches that are affiliated with The Episcopal Church for a long time, and that this use is widespread across the State of South Carolina and nationwide as well.

4. I am aware that there are churches whose names incorporate the term "Episcopal" but who are not affiliated with The Episcopal Church (e.g., African Methodist Episcopal Church and Reformed Episcopal Church). Importantly, those churches' names include other words signifying that they are not affiliated with The Episcopal Church. None of the references that I saw in my literature review to an "Episcopal" church entity (without some other qualifier) was a reference to a group affiliated with any denomination other than The Episcopal Church.

5. I also studied whether, in materials that referred to an "Episcopal" or "Protestant Episcopal" entity, the term "diocese" was used to refer to a constituent part of The Episcopal Church. The references to a "diocese" in the materials I reviewed referred to church entities affiliated with The Episcopal Church, not groups that lacked a connection to The Episcopal Church.

6. In order to form my opinions set forth above, I considered and relied upon the following materials:

- A sampling of City Directories and City Telephone Directories (descriptions and page cites at Tab A)
    - Columbia, SC (1919, 1923-1924, 1954, 1964, 1974, 1994-1995, 2012, 2016)
    - Mobile, AL (2008)

- Encyclopedias
(descriptions and page cites, and copies of a sampling of pages,

at Tab B)
- *Academic American Encyclopedia* (1996)
- *Collier's Encyclopedia* (1997)
- *The Encyclopedia of Americana* (1996)
- *The New Encyclopedia Britannica* (2010)
- *The World Book Encyclopedia* (2006)

- History (textbooks)
(descriptions and page cites, and copies of a sampling of pages, at Tab C)
  - Allen, H.C. *The United States of America* (1964)
  - Bailey, Thomas A. & David M. Kennedy, *The American Pageant* (1983)
  - Barck, Oscar Theodore, Jr. and Hugh Talmadge Lefler. *Colonial America* (1958)
  - Burns, James MacGregor. *The Vineyard of Liberty* (1982)
  - Carman, Harry J., Harold C. Street, Bernard W. Wishy. *A History of the American People: Vol. I—to 1877* (1967)
  - Current, Richard N., T. Harry Williams, Frank Freidel. *American History: A Survey* (1966)
  - Fisher, David Hackett. *Liberty and Freedom* (2005)
  - Foner, Eric. *Give Me Liberty: An American History, vol. 1* (2014)
  - Garraty, John A. *The American Nation: A History of the United States* (1966)
  - Handlin, Oscar. *The Americans: A New History of the People of the United States* (1963)
  - Hicks, John D., George E. Mowry, Robert E. Burke. *The Federal Union: A History of the United States to 1877* (1964)
  - Malone, Dumas and Basil Rauch. *Empire for Liberty: The Growth and Genesis of the United Sates of America, Volume One to 1865* (1960)
  - Morison, Samuel Eliot. *The Oxford History of the American People* (1965)
  - Morison, Samuel Eliot and Henry Steele Commager, *The Growth of the American Republic,* vol. 1 (1962)
  - Nevins, Allen and Henry Steel Commager. *A Pocket History of the United States* (1970)
  - Oakes, James with Michael McGerr, Jane Ellen Lewis, Nick Cullather, Jeanne Boydston. *Of the People: A History of the United States, vol. 1: 10 1877* (2011)
  - Simkins, Francis Butler with Spotswood Hunnicutt and Sideman P. Poole. *Virginia: History, Government, Geography* (1957)
  - Stoney, Samuel Gaillard. *This is Charleston: A Survey of the Architectural Heritage of a Unique American City* (1970)
  - Tindall, George. *America: A Narrative History* (1984)
  - Wallenstein, Peter. *Cradle of America: Four Centuries of Virginia History* (2007)

- National news magazines (copies of a sampling of pages at Tab D)

- - *The Atlantic* (2002-2009)
  - *The National Review* (1994-2014)
  - *Newsweek* (1992-2010)

- Newspapers (descriptions and copies of a sampling of pages at Tab E)
  - *Charleston Evening Post* (1921-1922, 1950)
  - *Charleston News and Courier* (1921-1922, 1950)
  - *Charleston Post and Courier* (2015-2016)
  - *The State* (1891-1900, 1922, 1950)
  - *Florence Morning News* (2009-2016)

7. The attachments in Tabs A through E may be used as exhibits to summarize or support my opinions.

8. For my qualifications, please see the attached curriculum vitae.

9. In the past four years, I testified in *The Protestant Episcopal Church in the Diocese of South Carolina et al v. The Episcopal Church (a/k/a The Protestant Episcopal Church in the United States of America) and The Episcopal Church in South Carolina*.

10. I have reviewed the amended Complaint in this lawsuit, the Complaint-in-Intervention, and the Answer.

11. I am being compensated for my time at a rate of $125 per hour.

_____
Dr. Walter Edgar

Dated: 13 April 2018

## CURRICULUM VITAE

### WALTER EDGAR
### Distinguished Professor of History Emeritus
### Claude Henry Neuffer Professor of Southern Studies Emeritus
### University of South Carolina

**1. Education History:**
Davidson College, 1961-1965, A.B.
University of South Carolina, 1965-1967, M.A.
University of South Carolina, 1967-1969, Ph.D.

**2. Employment History:**
2012-present  Historical Consultant
1982-2012 University of South Carolina Professor
1986 Middlebury College Visiting Professor
1980-2012 University of South Carolina Director, Institute for Southern Studies
1976-1982 University of South Carolina Associate Professor
1972-1976 University of South Carolina Assistant Professor
1972-1976 S.C. House of Representatives Committee on Historical Research Editor
1971-1972 Laurens Papers Editorial Assistant
1969-1971 United States Army Captain/First Lieutenant

**3. Selected Awards and Honors:**
Doctor of Humane Letters (honorary), University of South Carolina, 2015
Distinguished Professor Emeritus of History, University of South Carolina, 2012
Claude Henry Neuffer Professor of Southern Studies Emeritus, University of South Carolina, 2012
South Carolina Higher Education Hall of Fame, 2010
South Carolina Hall of Fame, 2007
Carolina Trustee Professor, 2007-2012
Doctor of Letters (honorary), The Citadel, 2007
Doctor of Letters (honorary), Newberry College, 2005
Doctor of Letters (honorary), Davidson College, 2003
Doctor of Humane Letters (honorary), Coastal Carolina University, 2001
Louise Fry Scudder Faculty Award, University of South Carolina, 2001
Distinguished Alumnus Award, University of South Carolina, 2000
Fellow, Royal Society of Arts, 2000-2008
Governor's Award in the Humanities for Academic Achievement, 1999
George Washington Distinguished Professor of History Society of the Cincinnati, 1999-2012
Doctor of Letters (honorary), Coker College, 1999

Order of the Palmetto, 1998
Claude Henry Neuffer Professor of Southern Studies, 1995-2012
Mortar Board Excellence in Teaching, 1995, 2000
Omicron Delta Kappa, 1994
Listed in *Who's Who in America*, 1985-86---2011-2012
Phi Alpha Theta, 1968
Blue Key, 1966
Fellow, National Historical and Publications Commission, 1971-1972

## 4. Books:

*Conversations with the Conroys: Interviews with Pat Conroy and His Family* (University of South Carolina Press, 2015), editor

*The South Carolina Encyclopedia Guide to the American Revolution in South Carolina* (University of South Carolina Press, 2012), editor

*The South Carolina Encyclopedia Guide to the Counties of South Carolina* (University of South Carolina Press, 2012), editor

*The South Carolina Encyclopedia Guide to Governors of South Carolina* (University of South Carolina Press, 2012), editor

*The South Carolina Encyclopedia* (University of South Carolina Press, 2006), editor-in-chief

*Partisans and Redcoats*, audio edition (South Carolina Educational Communications, 2003), author and reader

*Partisans and Redcoats* (William Morrow, 2001; paperback edition, Perennial, 2003), author

*South Carolina: A History*, audio edition (South Carolina Educational Communications, Inc., 2001), author and reader

*South Carolina: A History* (University of South Carolina Press, 1998) author

*Southern Landscapes* (Tübingen, Germany: Stauffenberg Verlag, 1996), coeditor with Tony Badger [Cambridge] and Jan Gretlund [Odense] with Lothar Hönnighausen and Christoph Irmscher [Bonn]

*South Carolina in the Modern Age* (University of South Carolina Press, 1992; reprint, 2012), author

*A Guide for the Teaching of South Carolina History and its Relationship with United States History* (South Carolina Department of Education, 1989; rev. ed. Institute for Southern Studies, 1991), author

*South Carolina: The WPA Guide to the Palmetto State* (University of South Carolina Press, 1988), editor

*Columbia: Portrait of a City* (The Donning Company, 1986) co-authored with Deborah K. Woolley

*History of Santee Cooper, 1934-1984* (The R.L. Bryan Company,1984), author

*A Southern Renascence Man: Views of Robert Penn Warren* (Louisiana State University Press, 1984), editor

*The Governor's Mansion of the Palmetto State* (Governor's Mansion and Lace House Commission, 1978), co-authored with Ann D. Edwards, Augustus T. Graydon, George C. Rogers, Jr., and George D. Terry

*The Biographical Directory of the South Carolina House of Representatives: The*

*Commons House of Assembly, 1692-1775* (University of South Carolina Press, 1977), co-authored with N. Louise Bailey
*The Biographical Directory of the South Carolina House of Representatives: Sessions Lists, 1692-1973* (University of South Carolina Press, 1974), editor
*The Letterbook of Robert Pringle*, 2 vols. (University of South Carolina Press, 1972), editor

### 5. Book Reviews:
in *American Historical Review, Journal of Southern History, William & Mary Quarterly, Public Historian, Journal of the Early Republic, Southern Quarterly, Journal of Library History, Libraries and Culture, South Carolina Historical Magazine, Florida Historical Quarterly, Georgia Historical Quarterly, Mississippi Quarterly, New York History, Virginia Magazine of History and Biography, Gulf Coast Historical Review, and Arkansas Historical Quarterly*

### 6. Selected Papers Presented:
"The American Revolution in the South: A Forgotten Story," George Rogers Clark Lecture, The Society of the Cincinnati, Washington, DC, October 2012

"Whose History is it Anyway?" Annual Meeting of the Historical Society, Columbia, SC, May 2012

"Teaching South Carolina History," Conference Honoring Charles Joyner, Coastal Carolina University, Conway, SC, February 2011

"European Influences on Pre-Civil War Southern Culture: The Case of South Carolina," Conference on Transatlantic Exchanges sponsored by the British Academy and the Austrian Academy of Sciences, Vienna, Austria, September 2006

"South Carolina and the Nation, 1775-2005" European Association for American Studies, University of Cypress, Nicosia, Cypress, April 2006

"The American Revolution in the South," Norris and Kathryn Preyer Lecture, Queens University, Charlotte, NC, September 2005

"Colligere et Spargere: The Sesquicentennial of the South Carolina Historical Society, Charleston, SC, February 2005

"It Didn't Happen up North: Where the American Revolution Was Really Won, August Weddell Lecture, Virginia Historical Society, Richmond, VA, May 2004

"Celebrating One Hundred Years of the *South Carolina Historical Magazine*," South Carolina Historical Society, Charleston, SC, December 2000

"The Role of the Black and Creole Bourgeoisie in Shaping Reconstruction in South Carolina," South Carolina State University, Orangeburg, SC, April 2000

"Freedom of Religion in South Carolina: Myths and Realities," South Carolina Supreme Court Historical Society, Charleston, SC, February 2000

"Writing South Carolina History," Arnold Shankman Fund Lecture, Winthrop University, Rock Hill, SC, October 1999

"Historians and Public Policy," Southern Historical Association, Birmingham, AL, November1998.

"Beyond the Tumult and the Shouting: Race Relations in South Carolina in the

1990s," Southern Studies Forum, Odense University (now University of Southern Denmark), Odense, Denmark, August 1997
"NEH Summer Institutes for Secondary Teachers: The South Carolina Experience," Southern Historical Association, Atlanta, GA, November 1992
"Creating the Myth of the South Carolina Lowcountry." Southern Studies Forum, University of Bonn, Bonn, Germany, September 1991
"Reform and Reformers in South Carolina: An Historical Perspective." South Carolina Historical Association, Newberry, SC, March 1991
"The Carolina Lowcountry –A Social Portrait." Museum of Early Southern Decorative Arts, Winston-Salem, NC, June 1983; June 1986; June 1989; June 1992; June 1996; June 1999; June 2002; June 2005
"A Reappraisal of the Redeemers and Race: Segregating the Episcopal Church in South Carolina." Citadel Conference on the South, Charleston, SC, April 1985.
"Historic Sites as the New Textbook." Southern Historical Association, November 1978
"Historic Preservation in the Classroom." Newberry Library Conference on State and Local History, Newberry, SC, February 1978
"The Move Toward Practical History." American Historical Association, Dallas, TX, December 1977
"Mobilizing Grass Roots Support for Historic Preservation." American Association for State and Local History, Charleston, SC, September 1977

## 7. Selected Articles and Chapters:

"It Wasn't in the Plan," in *Becoming Southern Writers: Essays in Honor of Charles Joyner*, edited by Orville Vernon Burton and Eldred E. Prince, Jr. (Columbia: University of South Carolina Press, 2016)

"European Influences on Pre-Civil War Southern Culture: The Case for South Carolina," in *Transatlantic Exchanges: The American South in Europe: Europe in the American South*, edited by Richard Gray and Waldemar Zarcharasiewicz (Vienna: Verlag der OsterreichichichenAkademie) Wissenschaften, 2007)

"South Carolina and External Authority," *American Studies in Scandinavia*, vol. 38: 2, 79-94

"Growing Up With History" in *Literary Mobile* (Mobile, AL: Negative Capability Press, 2003

"Celebrating One Hundred Years of the South Carolina Historical Magazine," *South Carolina Historical Magazine*, 102(2001):68-75

"South Carolina History: Past, Present, and Future," in *South Carolina Historical Magazine*, 101(2000): 276-81

"Beyond the Tumult and the Shouting: Race Relations in South Carolina in the 1990s" in Jan Nordby Gretlund, ed., *The Southern State of Mind* (Columbia: University of South Carolina Press, 1999), 95-106

"The Circle of the Charleston Poetry Society and the Creation of the Image of the South Carolina Lowcountry" in Lothar Honnighausen and Valeria Gennaro Lerda, *Rewriting the South: History and Fiction* (Tübingen and Basel: Francke Verlag, 1993), 199-209

"Reform and Reformers in South Carolina: An Historical Perspective,"
    *Proceedings of the South Carolina Historical Association, 1991*
"Battlefields" and "Monuments," in the *Encyclopedia of Southern Culture*
    (Chapel Hill: University of North Carolina Press, 1989)
"Historic Preservation: A Bibliography," The Newberry [Library] Papers in
    Family and Community History (paper #78-5; 1978)
"Reading Tastes in Eighteenth Century South Carolina," *Southeastern Librarian*,
    27 (1977): 227-34
"Robert Pringle and His World," *South Carolina Historical Magazine*, 76 (1975):
    1-11
"A Letter from South Carolina," *Journal of the Royal Society of Arts* (London),
    122 (1973-74): 95-98, 171-72, and 231-33
"Some Popular Books in Colonial South Carolina," *South Carolina Historical
    Magazine,* 72 (1971): 174-78
"Notable Libraries of Colonial South Carolina," *South Carolina Historical
    Magazine*, 72 (1971): 105-10

## 8. Other Publications:
"Carolina Heritage," a series of 57 columns on South Carolina history distributed by USC's Information Services (1977-1982; each column appeared, on the average, in 17 newspapers across the state).

## 9. Exhibitions and Performances:
"Take on the South," moderator of a series of eight, hour-long discussions on
    issues related to the American South; produced by SCETV and picked up other public
    broadcasting stations across US. 2008-2012
"Walter Edgar's Journal" (contemporary events in context), weekly broadcast,
    statewide on SC Public Radio, 2001-present
"South Carolina from A to Z," broadcast daily Monday-Friday, SC Public Radio,
    2007-present
"Southern Read" (contemporary southern fiction) weekly statewide on SC
    Public Radio, 2003-2007
"Conversations in South Carolina History with Dr. Walter Edgar" (24 shows for
    SC ETV and SC Instructional TV), 2002
Seventeen panel exhibit, Charles Pinckney National Historic Site, Charleston,
    SC, 1995

## 10. Selected Consulting and other Related Professional Activities:
International African American Museum, Charleston, SC, Board of Directors,
    2012-present
International African American Museum, Charleston, SC, consultant, 2009-
    2011
South Carolina Archives and History Foundation, Board of Directors, 2008-
    2011
South Carolina Historical Society, Board of Managers 2000-2008; President,
    2005-2008

European Southern Studies Forum, Board of Directors, 1999-2003 and 1991-1995
Southern Historical Association, Membership Committee, 1998-1999;
South Carolina Race Relations Commission, consultant, 1997-1998
Civilian Advisory Board, U.S. Army Command and General Staff
College, Fort Leavenworth, KS, 1997-2004; chair, 1999 and 2003-2004
Citizens' Advisory Committee of the African American Monuments
Commission, 1996-2000
Final Review Panelist, National Endowment for the Humanities, Education
Division (Seminars and Institutes, 1996); (Museums and Historical
Societies, 1983, 1985)
Humanities Scholar for Richland District Two NEH-funded teacher seminar,
"Separate Worlds: Growing Up in the American South, 1995-96
Historical Consultant to Charles Pinckney National Historic Site, Charleston,
SC and the Friends of Historic Snee Farm, 1994-1995
US Command and General Staff College, Fort Leavenworth, KS, Consulting
Member of graduate faculty, 1992-1995
South Carolina Commission on Government Restructuring, 1991
Sheldon Museum, Middlebury, VT., Historian-in-Residence, a project funded by
the Vermont Council on the Humanities and Public Issues, 1986
South Carolina Historical Association, President, 1982-83; Executive
Committee, 1979-1982, 1983-1984
Organization of American Historians Standing Committee on Historic
Preservation (now Public History), 1977-1979

**11. Major Grants:**
2007-2011, "Expansion of Southern Studies," Watson-Brown Foundation,
$665,908
2003-2007, "Expansion of Southern Studies," Watson-Brown Foundation,
$560,000
2003-2005, *South Carolina Encyclopedia* project, Humanities Council SC,
$260,000
1999-2003, *South Carolina Encyclopedia project,* Humanities Council SC,
$512,992
1994, "One People?: South Carolina's Cultural Memory." A one-year National
Endowment for the Humanities (NEH) grant for a summer institute for teachers with
follow-up sessions during the school year. $40,000 outright NEH grant; a $5,000 dollar
for dollar match; total grant package: $58,979.
1990-1993, "Mainstream and Backwater: South Carolina's Cultural Memory," a
three year project to conduct summer institutes for South Carolina teachers. Funded in
part by the NEH.
$221,000 outright NEH; $110,000 direct match (dollar for dollar);
$110,000 private funds; $136,000 in-kind services; total grant package:
$579,000.
1993, "Mainstream and Backwater: South Carolina's Cultural Memory," a

supplemental grant from the NEH of $11,155 for expenses in dealing with potential NEH grant applicants' coming to South Carolina to see a "model summer institute for teachers." Total grant package: $11,155.
1990. "Teaching History with Community Resources," a workshop for teachers. Funded by the Rural Education Alliance for the Collaborative
Humanities, A Rockefeller Foundation project. $15,000.

## 12. Professional Development/Graduate Teaching:
Dissertations directed: 10
M.A. Theses directed: 28

## 13. University Service:
<u>University Committees:</u> Archives (chair); Athletics Advisory; Cafeteria; Capital Campaign, Columbia Bicentennial; Facilities Master Plan; Facilities and Grounds (chair); Horseshoe Restoration (chair); Maintenance and Beautification; Museum (chair); Museum and Archives (chair); Parking; Research Advisory; Russell Research Award; South Carolina Honors College Policy; Space Allocations; Tenure and Promotion, Tenure Review (chair); University Press; USC Bicentennial; USC Bicentennial Planning; University Press; Venture Fund
<u>University Service</u> (Faculty advisor for student organizations): Circle K, Canterbury Community, Graduate History Association, Sigma Alpha Epsilon; First Year Reading Experience
<u>University Service</u>: Chair, Family Fund; Board of Directors, USC Educational Foundation; Advisory Group to the Presidential Search Committee; Search Committee for Vice President for Institutional Advancement; Center for Environmental Policy Council; Council of Institutes; Research Advisory Council; USC Visual Identity (co-chair); NEH Summer Stipends
College of Humanities and Social Sciences Committees: Baccalaureate Degree Liaison; BAIS Degree; Liberal Arts Career Advisory; Outstanding Alumnus; Search Committee for Philosophy Department Chair (chair); Search Committee for GINT Department Chair (chair); Search Committee for Alcorn Chair in Foreign Languages; Search Committee for Director of Development; Task Force on Public Service;
<u>College of Humanities and Social Sciences Service:</u> Director, Institute for Southern Studies; Task Force on Interaction Among Disciplines
<u>History Department Committees</u>: Advisory; Community Relations; Executive; Grants; Graduate (chair); Oral History and Culture; Tenure and Promotion (chair); Undergraduate
<u>History Department Service</u>: Assistant Chair; Director of Applied History Program; Director of Graduate Studies; Director of Graduate Placement; Committee on Departmental Reconciliation; Faculty Senate; Self-Study, Finance and Graduate areas; Dial Professorship search; search committees for colonial position; search committee for African-American position (chair); search committee for Southern position (chair); search committee for military position (chair); search committee for material culture position (chair).

## 14. Community Activities:

Bellingrath-Morse Foundation, Mobile, AL, Trustee, 2012-present
Bellingrath Gardens & Home Foundation, Mobile, AL, Board of Directors, 2010—present
Trinity Episcopal Cathedral, Vestry, 1978-1981; 2015-2018
Davidson College Alumni Association, Board of Directors, 2008-2011
Citizens' Advisory Committee on South Carolina State House Monuments, chair, 2006-2012
William J. and Emily S. Hearin Carnival Museum, Mobile, AL, Board of Governors, 2003-2016
Citizens' Advisory Committee on the Order of the Palmetto, 1999-2002
Registrar (Historian-Archivist), Episcopal Diocese of Upper South Carolina, 1997-1999.
South Carolina Hall of Fame, Board of Trustees, 1996-2002
Palmetto Conservation Foundation, Board of Trustees
Palmetto Trust for Historic Preservation, Board of Trustees, 1990-1993
South Caroliniana Society, President, 1984-1987; Council, 1979-1984
South Carolina Governor's Mansion Foundation, Vice Chair, 1983-1987; Board of Directors, 1979-1983
Historic Columbia Foundation, President, 1977-1979; Board of Trustees, 1975-1977, 1979-1981
Historic Restoration Society (Mobile, AL), Board of Directors, 2006-present; vice-president, 2006-present
Columbia Museum of Art, Board of Trustees, 1987
Heathwood Hall Episcopal School, Vice Chair, 1991-1992; Board of Trustees, 1985-1992; Board of Visitors, 1992-2002
Friends of the Richland County Public Library, President, 1981-1982; Board of Trustees, 1979-1980
Columbia Kiwanis Club, President, 1984-1985
United States Army Reserves, Colonel (1973-1995; retired).

## 15. Other Honors and Awards:

Lifetime Achievement Award, South Carolina African American Heritage Association, 2013
Daniel W. Hollis Award, USC History Department, 2009
College Educator of the Year in South Carolina, Sons of the American Revolution, 2008
Founder's Medal, National Society of the Daughters of American Revolution, for Contributions to American history and education, 2003
Special Recognition Award, Confederation of South Carolina Historical Societies, 2000
Listed as one of the 100 most influential South Carolinians in Literature and Culture in the 20th Century (*The State* newspaper, Columbia, SC), 1999
Listed in *Who's Who Among American Teachers*, 1996
Robert D. Ochs Award for Contributions to the graduate history program, USC,

    1986, 1998

**16. Personal:**

Married to the late Elizabeth Giles; two daughters, Eliza and Amelia. Married to Cornelia Danforth of Columbia; between them they have five grandchildren.

Hobbies: Gardening (winner of numerous blue ribbons at the State Fair) and squash (plays weekly).