# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# BEAUFORT DIVISION

| | |
|---|---|
| The Right Reverend Charles G. vonRosenberg, Individually and in his capacity as the former Provisional Bishop of The Episcopal Church in South Carolina and The Right Reverend Gladstone B. Adams, III, individually and in his capacity as the Provisional Bishop of The Episcopal Church in South Carolina, <br><br>      Plaintiffs, <br><br>The Episcopal Church, <br><br>      Plaintiff in Intervention, <br><br>v. <br><br>The Right Reverand Mark J. Lawrence, et al. <br><br>      Defendants. | Civil Action No.: 2:13-cv-00587-RMG <br><br><br><br><br><br><br>**STIPULATION OF DISMISSAL AS TO DEFENDANT BERKELEY COUNTY STRAWBERRY CHAPEL** |

  **WHEREAS,** Plaintiffs, The Right Reverend Charles G. vonRosenberg and The Right Reverend Gladstone B. Adams, III; Plaintiff-in-Intervention, The Episcopal Church; and Defendant Berkeley County Strawberry Chapel ("Defendant Strawberry"), as the Settling Parties, enter into this stipulation of dismissal as set forth below:

  **NOW, THEREFORE,** Plaintiffs and Defendant Strawberry, by and through their undersigned counsel, hereby stipulate to the dismissal of Defendant Strawberry from this matter <u>with</u> prejudice, pursuant to Rule 41(a), Federal Rules of Civil Procedure. The Plaintiff claims as against the remaining Defendants are not affected by the terms of this Stipulation of Dismissal.

                      (signature page to follow)

I so move:

 /s/ Stacey P. Canaday_____
Stacey P. Canaday
**Attorney for Defendant Berkeley County Strawberry Chapel**

I consent:

 /s/ Thomas S. Tisdale, Jr._____
Thomas S. Tisdale, Jr.
**Attorney for Bishop vonRosenberg, Bishop Adams,**
**and The Episcopal Church in South Carolina**