IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | |
|---|---|
| THE RIGHT REVEREND CHARLES G. VONROSENBERG, INDIVIDUALLY AND IN HIS CAPACITY AS THE FORMER PROVISIONAL BISHOP OF THE EPISCOPAL CHURCH IN SOUTH CAROLINA AND THE RIGHT REVEREND GLADSTONE B. ADAMS, III, INDIVIDUALLY AND IN HIS CAPACITY AS THE PROVISIONAL BISHOP OF THE EPISCOPAL CHURCH IN SOUTH CAROLINA, <br><br> Plaintiffs, <br><br> vs. <br><br> THE EPISCOPAL CHURCH, <br><br> Plaintiff in Intervention, <br><br> THE EPISCOPAL CHURCH IN SOUTH CAROLINA, <br><br> Plaintiff in Intervention, <br><br> vs. <br><br> THE RIGHT REVEREND MARK J. LAWRENCE, THE CORPORATION CURRENTLY CALLING ITSELF "THE PROTESTANT EPISCOPAL CHURCH IN THE DIOCESE OF SOUTH CAROLINA", et al. <br><br> Defendants. | CASE NO.: 2:13-CV-00587-RMG <br><br><br><br><br> **NOTICE OF APPEARANCE AND TRANSFER WITHIN FIRM** |

PLEASE TAKE NOTICE that representation of Defendant Trinity Church of Myrtle Beach (hereinafter "Defendant") , in the above-captioned matter has been transferred within the firm of Copeland, Stair, Kingma & Lovell, LLP, from attorney J. Andrew Yoho to attorney C.

Robin Schmidt. Attorney Paul E. Sperry will remain lead counsel for Defendant. All future pleadings, motions, notices, discovery and correspondence herein should be directed to the undersigned attorneys as counsel for Defendant.

September 23, 2019.

Respectfully submitted,

COPELAND, STAIR, KINGMA & LOVELL, LLP

By:    s/C. Robin Schmidt
       PAUL E. SPERRY
       Federal Bar No.: 7606

40 Calhoun Street, Suite 400
Charleston, SC 29401
T: 843-727-0307              C. ROBIN SCHMIDT
E: psperry@cskl.law          Federal Bar No.: 11365
E: rschmidt@cskl.law

NELSON MULLINS RILEY & SCARBOROUGH, LLP

By:    s/Andrew M. Connor
P.O. Box 1806               Andrew M. Connor, Esq.
Charleston, SC 29402-1806   Susan MacDonald, Esq.
T: 843-853-5200             P.O. Box 1806
E: Andrew.connor@nelsonmullins.com    Charleston, SC 29402-1806
E: susan.macdonald@nelsonmullins.com

**Counsel for Defendant Trinity Church of Myrtle Beach**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | |
|---|---|
| THE RIGHT REVEREND CHARLES G. VONROSENBERG, INDIVIDUALLY AND IN HIS CAPACITY AS THE FORMER PROVISIONAL BISHOP OF THE EPISCOPAL CHURCH IN SOUTH CAROLINA AND THE RIGHT REVEREND GLADSTONE B. ADAMS, III, INDIVIDUALLY AND IN HIS CAPACITY AS THE PROVISIONAL BISHOP OF THE EPISCOPAL CHURCH IN SOUTH CAROLINA, | CASE NO.: 2:13-CV-00587-RMG |
| Plaintiffs, | |
| vs. | **CERTIFICATE OF SERVICE** |
| THE EPISCOPAL CHURCH, | |
| Plaintiff in Intervention, | |
| THE EPISCOPAL CHURCH IN SOUTH CAROLINA, | |
| Plaintiff in Intervention, | |
| vs. | |
| THE RIGHT REVEREND MARK J. LAWRENCE, THE CORPORATION CURRENTLY CALLING ITSELF "THE PROTESTANT EPISCOPAL CHURCH IN THE DIOCESE OF SOUTH CAROLINA", et al. | |
| Defendants. | |

I hereby certify that I have this day served a copy of the within and foregoing ***Notice of Appearance and Transfer within Firm*** upon all parties to this matter via email, addressed to counsel of record as follows:

Thomas S. Tisdale, Esq.
Jason S. Smith, Esq.
HELLMAN YATES & TISDALE
105 Broad Street, Third Floor
Charleston, SC 29401
tst@hellmanyates.com
js@hellmanyates.com

-and-

Matthew Dempsey McGill, Esq.
GIBSON DUNN & CRUTCHER
1050 Connecticut Avenue, NW
Washington, DC 20036-5303
mmcgill@gibsondunn.com

**Counsel for Bishop Charles G.
vonRosenberg, Bishop Gladstone B. Adams,
III, The Episcopal Church in South Carolina**

David B. Beers, Esq.
Adam M. Chud, Esq.
Mary E. Kostel, Esq.
GOODWIN PROCTER, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
dbeers@goodwinlaw.com
achud@goodwinlaw.com
mkostel@goodwinlaw.com

- and-

Timothy O. Lewis, Esq.
Cheryl H. Ledbetter, Esq.
Allan R. Holmes, Esq.
GIBBS & HOLMES
171 Church Street, Suite 110
Charleston, SC 29401
timolewis@gibbs-holmes.com
cledbetter@gibbs-holmes.com
aholmes@gibbs-holmes.com

**Counsel for Plaintiff-in-Intervention The
Episcopal Church**

C. Alan Runyan, Esq.
Andrew S. Platte, Esq.
RUNYAN & PLATTE, LLC
2015 Boundary Street, Suite 239
Beaufort, SC 2902
arunyan@runyanplatte.com
aplatte@runyanplatte.com
**Counsel for Bishop Mark J. Lawrence, The
Protestant Episcopal Church in the Diocese
of South Carolina; and the Trustees of the
Protestant Episcopal Church of South
Carolina, a South Carolina Corporate Body,
Church of the Cross, Inc. and Church of the
Cross Declaration of Trust, The Church of
Our Saviour, of the Diocese of South
Carolina, The Protestant Episcopal Church,
of the Parish of St. Phillip, in Charleston, in
the State of South Carolina, The Parish of St.
Michael in Charleston, in the State of South
Carolina and St. Michael's Church
Declaration of Trust, The Vestry and Church**

C. Mitchell Brown, Esq.
NELSON MULLINS RILEY &
SCARBOROUGH LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
mitch.brown@nelsonmullins.com
**Counsel for Bishop Mark J. Lawrence, The
Protestant Episcopal Church in the Diocese
of South Carolina; and the Trustees of the
Protestant Episcopal Church of South
Carolina, a South Carolina Corporate Body**

*Wardens of the Episcopal Church of the Parish of St. Helena and the Parish Church of St. Helena Trust, Trinity Episcopal Church, Edisto Island, St. Davids Church, The Church of the Epiphany, Vestry and Wardens of the Episcopal Church of the Parish of St. John's Charleston County, Vestry and Church Wardens of St. Jude's Church of Walterboro, The Vestries and Churchwardens of the Parish of St. Andrew, Old Saint Andrews Parish Church, Holy Trinity, Grahamville, St. Alban's Chapel, The Citadel, St. John's Episcopal, Charleston, and St. Andrew's Mission*

Charles H. Williams, Esq.
WILLIAMS & WILLIAMS
P.O. Box 1084
Orangeburg, SC 29116-1084
chwilliams@williamsattys.com
*Counsel for Bishop Mark J. Lawrence, The Protestant Episcopal Church in the Diocese of South Carolina; and the Trustees of the Protestant Episcopal Church of South Carolina, a South Carolina Corporate Body*

David Cox, Esq.
BARNWELL WHALEY PATTERSON & HELMS, LLC
288 Meeting Street
Charleston, SC 29401
dcox@barnwell-whaley.com
*Counsel for Bishop Mark J. Lawrence, The Protestant Episcopal Church in the Diocese of South Carolina; and the Trustees of the Protestant Episcopal Church of South Carolina, a South Carolina Corporate Body*

Thomas C. Davis, Esq.
HARVEY & BATTEY, PA
1001 Craven Street
Beaufort, SC 29901
tdavis@harveyandbattey.com
*Counsel for Bishop Mark J. Lawrence, The Protestant Episcopal Church in the Diocese of South Carolina; and the Trustees of the Protestant Episcopal Church of South Carolina, a South Carolina Corporate Body*

Lance Lawson, Esq.
MCNAIR LAW FIRM, PA
101 S. Tryon Street, Suite 2610
Charlotte, NC 28280
llawson@mcnair.net
*Counsel for Bishop Mark J. Lawrence, The Protestant Episcopal Church in the Diocese of South Carolina; and the Trustees of the Protestant Episcopal Church of South Carolina, a South Carolina Corporate Body*

I. Keith McCarty, Esq.
McCARTY LAW FIRM, LLC
P.O. Box 30055
Charleston, SC 29417
ikeithmccarty@gmail.com
*Counsel for Bishop Mark J. Lawrence, The Protestant Episcopal Church in the Diocese of South Carolina; and the Trustees of the*

John E. Cuttino, Esq.
GALLIVAN, WHITE & BOYD, P.A.
Post Office Box 7368
Columbia, South Carolina 29202
jcuttino@gwblawfirm.com
*Counsel for Church of the Holy Comforter, St. Matthias Episcopal Church, Inc., St. Matthews Church, Christ Episcopal Church,*

*Protestant Episcopal Church of South Carolina, a South Carolina Corporate Body*

*Mars Bluff Community, Florence County, South Carolina, and Trinity Episcopal Church, Pinopolis*

Lawrence B. Orr, Esq.
ORR ELMORE AND ERVIN
P.O. Box 2527
Florence, SC 29503
lbo@orrfirm.com
*Counsel for All Saints Protestant Episcopal Church, St. Bartholomews Episcopal Church, The Church of the Holy Cross, Church of the Redeemer, The Vestry and Church Wardens of the Parish of St. Matthew, Holy Apostles, Barnwell, St. James Anglican, Blackville, St. Barnabas, Dillon, Ascension, Hagood, St. Paul's Orangeburg, St. John's Episcopal Church of Florence, SC Church of the Advent, Marion*

Robert R. Horger, Esq.
HORGER, BARNWELL & REID, LLP
P.O. Drawer 329
1459 Amelia Street
Orangeburg, SC 29115
rhorger@hbrllp.corn
*Counsel for Church of the Redeemer*

C. Pierce Campbell, Esq.
TURNER, PADGET, GRAHAM & LANEY
P.O. Box 5478
Florence, SC 29501
pcampbell@turnerpadget.com
*Counsel for Church of the Redeemer*

John Furman Wall, Esq.
140 Wando Reach Court
Mt. Pleasant, SC 29464
jwall@ncgs.com
*Counsel for The Church of The Good Shephard, Charleston, SC*

Henry P. Wall, Esq.
BRUNER POWELL WALL AND MULLINS, LLC
P.O. Box 61110
Columbia, SC 29260
hwall@bmnerpowell.com
*Counsel for The Church of The Good Shephard, Charleston, SC*

William A. Scott, Esq.
PEDERSEN & SCOTT, PC
775 St. Andrews Blvd.
Charleston, SC 29407
bscott@pslawpc.com
*Counsel for Holy Trinity Episcopal Church*

Harry R. Easterling, Jr., Esq.
EASTERLING LAW FIRM, PC
Post Office Box 611
Bennettsville, South Carolina 29512
hreasterling@gmail.com
*Counsel for St. Davids Church and St. Paul's Episcopal Church of Bennettsville, Inc.*

David B. Marvel, Esq.
DAVID B. MARVEL, LLC
P.O. Box 22734
Charleston, SC 29413
dave@marvel.lawyer
*The Church of St. Luke and St. Paul, Radcliffeboro*

Allan P. Sloan, III, Esq.
Joseph C. Wilson IV, Esq.
PIERCE, HERNS, SLOAN & WILSON
P.O. Box 22437
Charleston, SC 29413
chipsloan@piercesloan.com
joewilson@piercesloan.com
***Counsel for Vestry and Church Wardens of
the Episcopal Church of the Parish of Christ
Church***


September 23, 2019

                                    *s/ Paul E. Sperry*
                                    Paul E. Sperry, Esq.

6159188v.1